GERMANIA LIFE INS. CO. v. FISKE & CO., Inc. (Supreme Court, Appellate Division, First Department. June 7, 1912.) Action by the Germania Life Insurance Company against Fiske & Co., Incorporated. No opinion. Motion granted, with $10 costs. Order filed. See, also, 135 N. Y. Supp. 1113.

GERMAN SAVINGS BANK IN NEW YORK, Respondent, v. DUNN, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 17, 1912.) Action by the German Savings Bank in New York against Catharine E. Dunn, impleaded with others. H. W. Simpson, for appellant. E. H. Westerfield, for respondent. No opinion. Order (135 N. Y. Supp. 56) affirmed, with $10 costs and disbursements, with leave to defendant to answer on payment of costs. Order filed.

GILLEN, Respondent, v. McALLISTER, Appellant, et al. (Supreme Court, Appellate Division, Second Dpartment. April 26, 1912.) Action by Daniel F. Gillen against James McAllister, impleaded with others. No opinion. Judgment and order unanimously affirmed, with costs.

GLEASON, Appellant, v. W. L. SCOTT LUMBER CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 8, 1912.) Action by De Witt A. Gleason against the W. L. Scott Lumber Company. No opinion. Judgment affirmed, with costs.

GOLDBERG et al., Appellants, v. TUCK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 9, 1912.) Action by Harris Goldberg and another against Emma Tuck and another. No opinion. Order affirmed, with $10 costs and disbursements. See, also, infra.

GOLDBERG et al., Appellants, v. TUCK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 17, 1912.) Action by Harris Goldberg and another against Emma Tuck and another. No opinion. Judgment modified by striking out the words "on the merits," and, as so modified, affirmed, without costs. See, also, supra.

GOLDSTEIN, Appellant, v. McEWEN, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Melvine W. Goldstein against Margaret McEwen. H. S. Dottenheim, for appellant. J. W. Spencer, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

GOLDSTEIN v. SCHWARTZSCHILD & SULZBERGER. (Supreme Court, Appellate Division, First Department. May 24, 1912.) Action by Wolf Goldstein against Schwartz-schild & Sulzberger. No opinion. Motion granted, with $10 costs. Order filed. See, also, 14 App. Div. 923, 128 N. Y. Supp. 1124.

COLLIVET, Respondent, v. MAISON VIOLETTE, Inc., Appellant. (Supreme Court, Appellate Division, First Department. June 14 1912.) Action by James Collivet against Mai son Violette, Incorporated. A. E. Alexander for appellant. F. X. Collum, for respondent No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GOODRICH, Appellant, v. GOODRICH, Re spondent. (Supreme Court, Appellate Division Third Department. May 28, 1912.) Action by Lilla Vane Goodrich against George Gains Goodrich. No opinion. Order affirmed, with $10 costs and disbursements.

GORHAM, Appellant, v. GALINGER et al. Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1912.) Action by Clara M. Gorham against Harry H. Galinger and others. No opinion. Motion granted, without costs.

GORLITZER v. WOLFFBERG. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by Mary Gorlitzer against Betty Wolffberg. No opinion. Motion denied, with $10 costs. Order filed. See, also, 131 N. Y. Supp. 1117.

G. P. PUTNAM'S SONS, Respondent, v. PICKETT, Appellant. (Supreme Court, Appellate Division, First Department. April 26, 1912.) Action by G. P. Putnam's Sons against William P. Pickett. H. Wintner, for appellant. H. M. Harmer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 135 N. Y. Supp. 817.

GRAEFFE, Appellant, v. WOLFSOHN, Respondent. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Jessie M. Graeffe against Paula Wolfsohn. E. W. S. Johnston, for appellant. B. Loewy, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

GRAMERCY PARK CONST. CO., Appellant, v. RUSSO et al., Respondents. (Supreme Court, Appellate Division, First Department. May 10, 1912.) Action by the Gramercy Park Construction Company against Pasquale Russo and another. W. P. Vining, for appellant. J. J. Corn, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GRAY v. CULVER et al. (Supreme Court, Appellate Division, Fourth Department. May